**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
HILARIA J. QUINONES,

                Plaintiff,

-against-                                    25 **CIVIL** 3850 (LLS)

                                                       **JUDGMENT**

LYDIG SHOPPING CENTER, et al,

                Defendants.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated June 25, 2025, the Court dismisses the complaint, filed IFP under 28 U.S.C. § 1915(a)(1), for failure to state a claim on which relief can be granted and as frivolous. See 28 U.S.C. § 1915(e)(2)(B)(i), (ii). The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

**Dated:**  New York, New York

      June 27, 2025

                                                            **TAMMI M. HELLWIG**

                                                                 **Clerk of Court**

                                   **BY:**

                                                                  **Deputy Clerk**